UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| PATRICIA ESTES, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 4:10CV108 HEA |
| ) | |
| MICHAEL J. ASTRUE, ) | |
| Commissioner of Social Security ) | |
| ) | |
| Defendant, ) | |

## OPINION, MEMORANDUM AND ORDER

This matter is before the Court on the Report and Recommendation, of Magistrate Judge David D. Noce, that the decision of the Commissioner be affirmed. Plaintiff has not filed written objections to the Report and Recommendation.

Judge Noce's Report and Recommendation contains a very thorough and well reasoned analysis of the facts and relevant law. The Court agrees with Judge Noce's conclusion that the ALJ's decision to discredit Plaintiff's subjective complaints is supported by substantial evidence in the record. The Court, therefore adopts the Report and Recommendation in its entirety.

Accordingly,

**IT IS HEREBY ORDERED** that the decision of the Commissioner is affirmed under Sentence Four of 42 U.S.C. § 405(g).

A separate judgment in accordance with this Opinion, Memorandum and

Order is entered this same date.

    Dated this 16th day of August, 2011.

                                        _____
                                          HENRY EDWARD AUTREY
                                        UNITED STATES DISTRICT JUDGE