UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| PATRICIA ESTES, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 4:10CV108 HEA |
| ) | |
| MICHAEL J. ASTRUE, ) | |
| Commissioner of Social Security ) | |
| ) | |
| Defendant, ) | |

## **JUDGMENT**

In accordance with the Opinion, Memorandum and Order entered this same date,

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the decision of the Commissioner of Social Security is affirmed under Sentence Four of 42 U.S.C. § 405(g).

Dated this 16th day of August, 2011.

_____
HENRY EDWARD AUTREY
UNITED STATES DISTRICT JUDGE